### 45474.  CAMPBELL v. UNITED STATES FIRE INSURANCE COMPANY.

JORDAN, Presiding Judge. The required bond of an administrator (*Code* § 113-1217) is the personal contract of the administrator. *McNulty v. Marcus,* 57 Ga. 507, 510. Also, see *State of Ga. v. Gormley,* 186 Ga. 128, 130 (197 SE 274). Thus, even though the cost of the bond is an economic burden on the estate which the administrator may recover from the estate (*Code* §§ 113-1508 (3), 113-2010 as amended (Ga. L. 1958, pp. 657, 672), 113-2011), he is nevertheless personally liable under his contract for the unpaid premium incurred while the bond is in effect. The evidence authorized the trial judge, sitting without a jury, to enter judgment against the defendant, as an individual, for the unpaid premiums on the bond given to cover the faithful performance of his duties as administrator.

*Judgment affirmed. Eberhardt and Pannell, JJ., concur.*
ARGUED JULY 8, 1970—DECIDED SEPTEMBER 8, 1970.

*Paul T. O'Connor,* for appellant.
*Lipshutz, Macey, Zusmann & Sikes, Bartow Cowden, III,* for appellee.